UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'HURLEY, et al. | No. C 07-0281 WDB |
| Plaintiffs. | NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |
| v. | |
| JAMO US., INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of Counsel for Plaintiff, you are hereby notified that the Initial Case Management Conference originally scheduled for April 23, 2007 has been rescheduled to **May 22, 2007, at 4:00 p.m.** <u>Lead</u> trial counsel for each party must participate in the case management conference. The parties also should review Magistrate Judge Brazil's Standing Order, which can be found at www.cand.uscourts.gov.

Dated: April 20, 2007

                                                  Richard W. Wieking, Clerk
                                                United States District Court

*Sarah Weinstein*

By:  Sarah Weinstein
       Law Clerk/Deputy Clerk

Copies to:
    All parties,
    WDB, Stats