RECEIVED
MAY 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAY 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'HURLEY, an individual, LITTLE GIDDINGS, INC., a California Corporation, BUILDERS SOUND COMPANIES, a Delaware corporation, and MS PRODUCTIONS, a sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>JAMO US, INC., a Delaware corporation, j/k/a JAMO HI-FI USA, INC. and KLIPSCH GROUP, INC., an Indiana corporation; and DOES 1-20, inclusive,<br><br>Defendants. | No. C 07-0281 WDB<br><br>[PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE<br><br>FILE BY FAX |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of Counsel for Plaintiffs and by Order of the Court, you are hereby notified that the first rescheduled Case Management Conference ("CMC") originally scheduled for May 22, 2007, at 4:00 p.m., has been rescheduled to July 9, 2007 at 4:00 p.m. Lead trial counsel for each party must participate in the CMC. The parties also should review Magistrate Judge Brazil's Standing Order, which can be found at www.cand.uscourts.gov.

///
///

It is So Ordered.

Date: _____

_Wayne D. Brazil_
Wayne D. Brazil
United States Magistrate Judge

-1-
ORDER RESETTING CMC