WANG, HARTMANN & GIBBS, P.C.
A Professional Law Corporation
Richard F. Cauley (SBN:109194)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

FILED
2007 MAY 18 PM 2:40
RICHARD...
CLERK, U.S. ...
NORTHERN... COURT
...CALIFORNIA

FILE BY FAX

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'HURLEY, an individual, LITTLE GIDDINGS, INC., a California Corporation, BUILDERS SOUND COMPANIES, a Delaware corporation, and MS PRODUCTIONS, a sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>JAMO US, INC., a Delaware corporation, j/k/a JAMO HI-FI USA, INC. and KLIPSCH GROUP, INC., an Indiana corporation; and DOES 1-20, inclusive,<br><br>Defendants. | No. C 07-0281 WDB<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |

Plaintiffs respectfully request that the Court continue the Case Management Conference ("CMC") presently scheduled for May 22, 2007. A CMC at this stage in the proceedings would be premature given that the Defendants have not yet been served with the Complaint. As Plaintiffs expect to have served all of the Defendants with the Complaint by May 25, 2007, they believe that the CMC

- 1 -
REQUEST TO CONTINUE CMC

1 | should be scheduled after the date on which all Defendants would be scheduled to
2 | respond to the Complaint – June 14, 2007.
3
4 | Dated: May 17, 2007                              WANG, HARTMANN & GIBBS
5 |                                                  A Professional Law Corporation
6 |                                              By: _____ /RFC
7 |                                                  Richard F. Cauley
                                                     Attorney for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
REQUEST TO CONTINUE CMC