**WANG, HARTMANN & GIBBS, P.C.**
A Professional Law Corporation
Richard F. Cauley (SBN:109194)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'HURLEY, an individual, LITTLE GIDDINGS, INC., a California Corporation, BUILDERS SOUND COMPANIES, a Delaware corporation, and MS PRODUCTIONS, a sole proprietorship,<br><br>Plaintiff,<br><br>vs.<br><br>JAMO US, INC., a Delaware corporation, j/k/a JAMO HI-FI USA, INC. and KLIPSCH GROUP, INC., an Indiana corporation; and DOES 1-20, inclusive,<br><br>Defendants. | No. C 07-0281 WDB<br><br>[PROPOSED] ORDER |

On July 25, 2007, Plaintiffs John O'Hurley, Little Giddings, Inc., Builders Sound Companies, and Ms Productions ("Plaintiffs") Motion to Withdraw as Counsel came on regularly for hearing. Richard F. Cauley, Esq. of Wang, Hartmann & Gibbs, PC ("WH&G") appeared on behalf of Plaintiffs.

1  The Court, having read and considered the Motion, opposition, reply, and
2  having heard and considered the oral arguments of counsel, and good cause
3  appearing:
4
5  IT IS HEREBY ORDERED THAT WH&G'S MOTION TO WITHDRAW
6  AS COUNSEL OF RECORD FOR PLAINTIFFS IS:
7
8  GRANTED / DENIED
9
10
11 DATED:_____                    _____
12                                     Hon. Wayne D. Brazil
13                                     United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
**[PROPOSED] ORDER**

**PROOF OF SERVICE** [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On June 25, 2007 I served the foregoing document, described as

1) [PROPSED] ORDER

on the interested parties in this action

XXX   by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Mike Pickman<br>Builders Sound<br>4718 Autumn Meadow Drive<br>Fairfield, CA 94533 | John O'Hurley<br>Little Giddings, Inc.<br>MS Productions<br>1710 Monte Cielo Ct.<br>Beverly Hills, CA 90210 |

  X   BY U.S. MAIL - I caused such envelope to be deposited in the United States Mail, First Class Postage Prepaid at Newport Beach, California on June 25, 2007

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

XXX   I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

XXX   I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on June 25, 2007, at Newport Beach, California.

*Amber Yordy*
Amber Yordy