UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'HURLEY, et al. | No. C 07-0281 WDB |
| Plaintiffs. | ORDER GRANTING REQUEST TO VACATE CASE MANAGEMENT CONFERENCE |
| v. | |
| JAMO US., INC., et al., | |
| Defendants. | |

The Court has considered plaintiffs' counsel's Request to Continue Case Management Conference, filed June 25, 2007. Plaintiffs' counsel represented to the Court's staff that, at this juncture, defendants have not been served with the Complaint. Accordingly, we expect no response from defendants to counsel's request.

The Court GRANTS counsel's request and VACATES the Initial Case Management Conference scheduled for **July 9, 2007, at 4:00 p.m.** The Court will determine how to proceed following the August 8th hearing on counsel's Motion to Withdraw.

Plaintiffs' counsel must serve a copy of this Order on his clients.

IT IS SO ORDERED.

Dated: June 27, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
parties of record,
WDB, Stats