1  **WANG, HARTMANN & GIBBS, P.C.**
   A Professional Law Corporation
2  Richard F. Cauley (SBN:109194)
   1301 Dove Street, Suite 1050
3  Newport Beach, CA  92660
   Telephone:  (949) 833-8483
4  Facsimile:   (949) 833-2281

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  JOHN O'HURLEY, an individual,          No. C 07-0281 WDB
    LITTLE GIDDINGS, INC., a California
12  Corporation, BUILDERS SOUND
    COMPANIES, a Delaware corporation,
13  and MS PRODUCTIONS, a sole
    proprietorship,
14
                    Plaintiff,
15                                          NOTICE OF NON-OPPOSITION TO
                                            WANG, HARTMANN & GIBBS
16  vs.                                     MOTION TO WITHDRAW AS
                                            COUNSEL
17

18  JAMO US, INC., a Delaware
    corporation, j/k/a JAMO HI-FI USA,
19  INC. and KLIPSCH GROUP, INC., an        DATE:   August 8, 2007
    Indiana corporation; and DOES 1-20,    TIME: 1:30 p.m.
20  inclusive,                              COURTROOM: 4

21
                    Defendants.
22

23

24

25

26
           Wang, Hartmann & Gibbs, P.C. ("WHG") hereby notifies the Court that
27
    WHG has not received an opposition to WHG's Motion to Withdraw as Counsel.
28

                                  - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: July 25, 2007

WANG, HARTMANN & GIBBS
A Professional Law Corporation

By: _____
Richard F. Cauley
Attorney for Plaintiffs

**NOTICE OF NON-OPPOSITION**

## PROOF OF SERVICE [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

      I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

      On July 25, 2007 I served the foregoing document, described as

   **1)**    **NOTICE OF NON-OPPOSITION TO WANG, HARTMANN & GIBBS MOTION TO WITHDRAW AS COUNSEL**

on the interested parties in this action

<u>XXX</u>  by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

Mike Pickman
Builders Sound
4718 Autumn Meadow Drive
Fairfield, CA 94533

John O'Hurley
Little Giddings, Inc.
MS Productions
1710 Monte Cielo Ct.
Beverly Hills, CA 90210

 <u>X</u>   BY U.S. MAIL - I caused such envelope to be deposited in the United States Mail, First Class Postage Prepaid at Newport Beach, California on July 25, 2007

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

<u>XXX</u>  I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

<u>XXX</u>  I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on July 25, 2007, at Newport Beach, California.

Amber Yordy