UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: August 8, 2007                Time: 1:30 p.m.

<u>DOCKET NO.</u>         C 07-0281 WDB
<u>TITLE OF CASE</u>     *John O'Hurley, et al. v. Jamo US, Inc., et al.*

<u>ATTORNEY(S)</u>       For Plaintiffs:   Eric Wolf, Esq.

                     Michael Pickman of Plaintiff Builders Sound Companies was also on the phone

                     For Defendant:   Defendants have not yet been served.


<u>FTR</u>: 8/8/07, 1:30 p.m.          Hearing:    ( ) In Person  (X) Telephone

PROCEEDINGS

[] INITIAL STATUS CONFERENCE              [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE            [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)             [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE              [] DISCOVERY HEARING (FORMAL)
[X] NONDISPOSITIVE MOTION (ORDER ONLY)    [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)        [] EVIDENTIARY HEARING


ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court


**NOTES**

Court conducted hearing on Plaintiffs' counsel's Motion to Withdraw.  See later-filed separate order.

1