United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN O'HURLEY, et al.

        Plaintiffs,

v.

JAMO US INC., et al.

        Defendants.
_____/

No. C 07-281 WDB

ORDER FOLLOWING HEARING ON PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW

On August 8, 2007, after reviewing the written submissions by Plaintiffs' counsel, the Wang, Hartmann & Gibbs firm ("WHG"), the Court held a telephonic hearing in connection with WHG's Motion to Withdraw as Counsel. Eric Wolf, Esq., an associate at WHG, appeared on behalf of WHG. Michael Pickman from Plaintiff Builders Sound also was present at the telephonic hearing.[1] Defendants have not yet been served with the Complaint and, thus, were not present at the hearing. Having considered the submissions and arguments presented, the Court ruled from the bench as follows:

1. At this time, the Court holds WHG's Motion to Withdraw in abeyance and makes no ruling.

2. **By no later than Friday, August 31, 2007**, Plaintiffs must file either:

---

[1] Pursuant to Civil Local Rule 3-9(b), as a Corporation, Builders Sound may only appear formally through a member of the bar. Because Michael Pickman is <u>not</u> a member of the bar, Builders Sound could not make a formal appearance at the hearing. The Court so informed Mr. Pickman and heard comments on Mr. Pickman's version of the facts surrounding WHG's Motion.

1

1  (a) a written statement that WHG will remain as their counsel, or (b) substitution papers
2  for replacement counsel. In either case, Plaintiffs must include in their written
3  submission a commitment for a date certain when Defendants will be served.
4       3.  If Plaintiffs decide to continue using WHG as their counsel, and WHG agrees
5  to the continued representation, WHG promptly must withdraw its Motion to Withdraw
6  as Counsel. Alternatively, if Plaintiffs substitute *new* counsel, the Court promptly will
7  grant WHG's Motion to Withdraw after receiving the completed substitution papers.
8       4.  If Plaintiffs do not file a submission in compliance with this Order, the
9  undersigned will issue a report to the District Court with a recommendation that the case
10 be dismissed *with prejudice*.
11 IT IS SO ORDERED

13 Dated:   August 8, 2007
                                             WAYNE D. BRAZIL
14                                           United States Magistrate Judge

16 Copies to:  parties (by ECF) and Builders Sound (by US mail),
17 WDB, Stats