UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'HURLEY, et al. | No. C 07-281 WDB |
| Plaintiffs, | |
| v. | REPORT AND RECOMMENDATION THAT ACTION BE REASSIGNED AND DISMISSED FOR FAILURE TO PROSECUTE |
| JAMO US INC., et al. | |
| Defendants. | |

This action was filed on January 16, 2007. On August 8, 2007, the Court held a telephonic hearing in response to the Motion to Withdraw as Counsel that was filed by Plaintiffs' counsel, the Wang, Hartmann & Gibbs firm ("WHG"). Eric Wolf, Esq., an associate at WHG, appeared on behalf of WHG. Michael Pickman from Plaintiff Builders Sound also was present at the telephonic hearing.[1] On the date of the hearing, Defendants had not yet been served with the Complaint and, thus, had not yet appeared and were not

---

[1] Pursuant to Civil Local Rule 3-9(b), as a Corporation, Builders Sound may only appear formally through a member of the bar. Because Michael Pickman was not a member of the bar, Builders Sound could not make a formal appearance at the hearing. The Court so informed Mr. Pickman and heard comments on Mr. Pickman's version of the facts surrounding WHG's Motion.

1

1 present at the hearing. As of the date this Order is being filed, Defendants still have not been
2 served.

3       After the hearing on August 8, 2007, the undersigned issued an Order holding WHG's
4 Motion to Withdraw in abeyance and directing that, by no later than Friday, August 31, 2007,
5 Plaintiffs must file either: (a) a written statement that WHG would remain as their counsel,
6 or (b) substitution papers for replacement counsel. In either case, the Court ordered Plaintiffs
7 to include in their written submission a commitment for a date certain when Defendants
8 would be served.

9       The Court also explained in its prior Order that if Plaintiffs did not file a submission
10 by August 31, 2007, the undersigned promptly would issue a Report and Recommendation
11 to the District Court that the action be dismissed *with prejudice*.[2]

12       Plaintiffs did <u>not</u> file a submission by August 31, 2007. The Court has heard nothing
13 from Plaintiffs since the hearing on August 8, 2007. Accordingly, the Court now reassigns
14 this case to the District Court and RECOMMENDS that it be DISMISSED *with prejudice*
15 for failure to prosecute.

16 IT IS SO ORDERED.

18 Dated: September 7, 2007

                            WAYNE D. BRAZIL
19                             United States Magistrate Judge

20 Copies: parties, WDB, Stats

---

[2] Absent consent of all parties, a Magistrate Judge does not have authority to make case-dispositive rulings. *See, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988).

2