IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN O'HURLEY, et al., | No. C 07-00281 CRB |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| JAMO US INC., et al., | |
| Defendants | |

Now pending before the Court is the Magistrate Judge's Report and Recommendation that all of plaintiffs' claims be dismissed with prejudice. Plaintiffs have not filed any objections to the Report and Recommendation, and the Court agrees with the reasoning of the Report and Recommendation, accordingly, this action is DISMISSED with prejudice for a failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 11, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0281\orderofdismissal.wpd